HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA HUNT, ) | Civil No. 06-06282 MHP |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, March 19, 2007 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

Stipulation and Order consisting of 1 page and signature page.

KEVIN V. RYAN
United States Attorney
SARA WINSLOW
Assistant United States Attorney

Dated: February 7, 2007

/s/
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Dated: February 7, 2007

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
VICTORIA HUNT

IT IS SO ORDERED.

Dated: 2/9/07

HON. MARILYN H. PATEL
United States District Judge

2

STIPULATION AND ORDER