HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA HUNT, | ) Civil No. 06-06282 MHP |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (14) days up through and including Tuesday, May 8, 2007 in which to e-file her Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|     |     |
| --- | --- |
|     | KEVIN V. RYAN<br>United States Attorney<br>SARA WINSLOW<br>Assistant United States Attorney |
| Dated: April 19, 2007 | */s/*<br>JACQUELINE A. FORSLUND<br>Special Assistant U.S. Attorney |
| Dated: April 19, 2007 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>VICTORIA HUNT |

IT IS SO ORDERED.

Dated:   April 24, 2007

IT IS SO ORDERED

Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER

2